AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Richard Haworth
_Petitioner_

v.   Case No. CV20-7950-RGK(PD)
(Supplied by Clerk of Court)

Warden Patricia V. Bradley
_Respondent_
(name of warden or authorized person having custody of petitioner)

FEE DUE

FILED
CLERK, U.S. DISTRICT COURT
8/26/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Richard Michael Haworth
   (b) Other names you have used: Mick, Mickey
2. Place of confinement:
   (a) Name of institution: USP Lompoc
   (b) Address: 3901 Klein Blvd
       Lompoc, CA 93436
   (c) Your identification number: 09058-051
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court, District of New Mexico
   (b) Docket number of criminal case: 1:95CR00491-001
   (c) Date of sentencing: 11/3/1997
   ☐ Being held on an immigration charge
   ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): Since 6/2020 I've been trying to get a response from the warden concerning "Compassionate Release" (see Attachments). I've gotten a verbal run around for 1½ mo saying I can't Proceed without a official denial letter. I haven't been able to get it + not allowed to proceed.

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: USP Lompoc, 3901 Klein Blvd, Lompoc, CA 93436. Warden Bradley

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   I'm challenging the "no action". Plus the road blocks they are trying to put up (see Attachment: "Inmate Bulletin 8/13/20, "Administrative Remedies") to keep us from proceeding (no denial letter, no blue form (BP-229)). It was 1½ mo of verbal delays. Now it's official delay

   (d) Date of the decision or action: 6/23/20 via email + 6/28/20 written request

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes    ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: I have not gotten a response to appeal. However, I have requested one from Warden Bradley + Ms. Arnold.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☐ No N/A

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☐ No N/A

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes    ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes    ☐ No

    If "Yes," provide:

    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes    ☒ No

    If "Yes," provide:

    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☐ No  N/A

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes   ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____
_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I'm being denied my right of Due Process which could lead into my death from COVID 19

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See Attachments to Warden Bradley, Mrs. Arnold & Inmate Bulletin 8/13/20. There are people in the unit now who are sick. No telling if it is COVID19, yet they are not reporting it because they don't want to be put into isolation for 14 days. If a 2nd wave hits people will do the same thing & people will die because of it. I don't want to be one of them. Even now they are having to send people to the hospital because they couldn't with the sickness anymore. That has to be a terrible feeling to be in pain for all that time until you are either well or in the hospital

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes       ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I have been exposed to & tested positive for Tuberculosis (TB). I've taken the treatment & the BoP takes X-Rays of my lungs every couple years. I am assuming that they would check my medical file to see if I was at risk. That is why I didn't include it.

**Request for Relief**

15. State exactly what you want the court to do: Grant my Compassionate release.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 8/21/20

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8/15/20

*Richard Hancartt*
Signature of Petitioner

Signature of Attorney or other authorized person, if any

TRULINCS 09058051 - HAWORTH, RICHARD - Unit: LOM-J-A

----------------------------------------------------------------------------------------

FROM: 09058051
TO: AW Operations
SUBJECT: ***Request to Staff*** HAWORTH, RICHARD, Reg# 09058051, LOM-J-A
DATE: 06/23/2020 01:24:32 PM

To: Mrs. Bradley (Warden)
Inmate Work Assignment: Commissary

I would like to ask for a "Compassionate Release". Due to the fact that if I was sentence today I would not have the lengthy sentence. The enhancement that were used cannot now be applied and are retroactive now. The CARE ACT provides the provision for my release because of this. Thank you for your consideration.

✱ I Also put in a written request to the Warden on 6/28/20

TRULINCS 09058051 - HAWORTH, RICHARD - Unit: LOM-J-A

----

FROM: 09058051
TO: Correctional System Dept.
SUBJECT: ***Request to Staff*** HAWORTH, RICHARD, Reg# 09058051, LOM-J-A
DATE: 08/15/2020 06:44:57 PM

To: Mrs. Arnold
Inmate Work Assignment: Commissary

I sent in a request for "Compassionate Release" on 6/23/20 and 6/28/20 via Cop Out and email. I have not received any response. The new memo on the computer says that i have to have a denial response from the warden to continue my request. So I'm asking if u can get me the wardens response. Thanks.

TRULINCS 09058051 - HAWORTH, RICHARD - Unit: LOM-J-A

----------------------------------------------------------------------------------------------------

FROM: 09058051
TO: AW Operations
SUBJECT: ***Request to Staff*** HAWORTH, RICHARD, Reg# 09058051, LOM-J-A
DATE: 08/15/2020 06:50:24 PM

To: Warden Bradley
Inmate Work Assignment: Commissary

I have sent you 2 request for "Compassionate Release" (6/23/20 and 6/28/20 via Cop Out and email). I have not received any response. Your new memo says that i need a response in the form of a letter to proceed if u denied my request. Could i please get an official response. Thanks

# FCC LOMPOC

# INMATE BULLETIN 8/13/2020

## Administrative Remedies

In order to facilitate the Administrative Remedy process, please review the following information outlined in Program Statement 1330.18, Administrative Remedy Program.

- All BP9 forms should be submitted on the correct form, BP-229, Request for Administrative Remedy (blue form) with all 4 copies attached. No photocopies of this form will be accepted.
- All BP9 forms should be submitted through a member of your Unit Team, ordinarily the Counselor, or other staff member. BP9's will not be accepted through institutional mail, or outside mail (U.S. Postal Service).
- All BP9 forms should be submitted with an informal resolution form properly filled out and signed by staff showing informal resolution was attempted. **Exceptions**: Appeal of UDC level Incident Reports (DHO appeals go to Regional Office on a BP10), Appeal of denial of Reduction in Sentence (must provide a copy of Warden's denial letter), and SENSITIVE Issues - Allegations of Staff Misconduct, PREA, etc.).

REMINDERS:

Initial requests for Reduction in Sentence should not be submitted on a BP9, only appeals.

Requests for Home Confinement placement under the CARES Act should be submitted to your Unit Team.

HAWORTH, RICHARD 09058051

C.C.,

Hi there, I'm enclosing this to let you know that we are no longer able to include the $5.00 payment if we want our legal mail sealed. So I'm sealing this & sending it to you. I have also had 2 $5.00 checks sent out for payment from my account. The money has already been taken off my account. So it should be there by now or will arrive soon. I appreciate you processing my paperwork.

       Sincerely,
       Richard Haworth

P.S.
This is for "Compassionate Release" due process.

Richard Haworth 04058-051
United States Penitentiary Lompoc
3901 Klein Blvd
Lompoc, CA 93436



Santa Barbara
MON 24 AUG 2

Clerk of the U.S. District Court
U.S. Courthouse Attn: Intake/li
255 E. Temple Street Suite TS-
Los Angeles, CA 90012



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 26 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

C

Legal Mail!!!  Leg



FCI LOMPOC
3800 GUARD ROAD
LOMPOC, CA 93436

DATE _____

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.