JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAWORTH, <br><br> Petitioner, <br><br> v. <br><br> PATRICIA V. BRADLEY, Warden, <br><br> Respondent. | Case No. CV 20-07950-RGK (PD) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 4, 2021

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE